

5030 Broadway, Ste. 652
New York, NY 10034
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

**VIA ECF**
Magistrate Judge Cheryl Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

October 4, 2021

Re: Lewis v. City of New York, et.al.<br>20CV5690 (MKB)(CLP)

Your Honor:

I write to inform the Court that a settlement has been reached between plaintiffs, the City of New York, Defendant Lukeson and Defendant Modesto. We will be filing the appropriate paperwork for the Court's endorsement within the next three weeks. A settlement has not been reached with the remaining defendant David Grieco.

I also write, with the consent of the parties, to cancel the settlement conference currently scheduled for October 6. Although, a settlement has not been reached with defendant David Grieco, counsel do not believe that a settlement conference at this time would be fruitful. Instead, I respectfully request one week for the remaining parties to file a revised scheduling order concerning the unresolved claims.

Respectfully submitted,

Nicole Bellina
Attorney for Plaintiff

cc: **VIA ECF**
ACC Rachel Seligman-Attorney for the City, Lukeson, Modesto
Matthew Schieffer-Attorney for Sgt. Grieco