Clerk's Office
Filed Date: 10/15/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

ANGELETA LEWIS, ANN MARIE LEWIS AND
NATALIE WILLIAMS,

**STIPULATION AND
ORDER OF DISMISSAL**
20-CV-05690 (MKB) (CLP)

Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE OFFICER FABIAN MODESTO, SHIELD NO. 8849, POLICE OFFICER JAMES LUKESON, SERGEANT DAVID GRIECO, AND JOHN DOE #1-4,

Defendants.
-------------------------------------------------------------------------- x

**WHEREAS,** plaintiff and defendants City of New York, Fabian Modesto, and James Lukeson, (hereinafter " City defendants")[1] have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice against the City defendants; and

---

[1] This office does not represent Sgt. David Grieco in this action and he is not a party to this settlement.

2. Notwithstanding the dismissal of this action against the City defendants, in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
     October 11, 2021

Stoll, Glickman & Bellina
*Attorneys for Plaintiffs*
5030 Broadway, Suite 652
New York, NY 10034

By: _____
Nicole Bellina, Esq.
*Attorney for Plaintiffs*

GEORGIA M. PESTANA
Acting Corporation Counsel of the City of New York
*Attorney for City Defendants*
100 Church Street, Room 3-226
New York, New York 10007

By: _____
Rachel Seligman Weiss
*Assistant Corporation Counsel*

SO ORDERED:

s/ MKB
_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2021

2