UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ANGELETA LEWIS, ANN MARIE LEWIS AND NATALIE WILLIAMS,

                    Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE OFFICER FABIAN MODESTO, SHIELD NO. 8846, POLICE OFFICER JAMES LUKESON, SERGEANT DAVID GRIECO, AND JOHN DOE #1-4,

                    Defendants.

-------------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

20-CV-05690-MKB-CLP

**WHEREAS,** Plaintiffs ANGELETA LEWIS, ANN MARIE LEWIS AND NATALIE WILLIAMS commenced this proceeding by filing a complaint on or about November 23, 2020 in the United States District Court for the Eastern District of New York, alleging that certain of their federal and state rights were violated; and

**WHEREAS,** Defendant SERGEANT DAVID GRIECO, has denied any and all liability arising out of plaintiffs' allegations;

**WHEREAS,** Plaintiffs now desire to resolve the issues raised in this litigation, without further proceedings as to Defendant SERGEANT DAVID GRIECO; and

**WHEREAS,** no person not a party to this matter has any interest in the subject matter of this proceeding; and

**WHEREAS,** no party hereto is an infant or incompetent for whom a committee has been appointed; it is hereby

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the respective parties herein, that all individual claims that were asserted or could have been asserted on behalf of Plaintiffs ANGELETA LEWIS, ANN MARIE LEWIS AND NATALIE WILLIAMS against Defendant SERGEANT DAVID GRIECO, his successor and assignees and all past and present officials, employees, representatives and agents in the above entitled proceeding arising out of the events alleged in the complaint in this matter, are hereby dismissed and discontinued, with prejudice, and without costs or attorney's fees to any party.

Dated: New York, New York.
      April 8, 2022

| | |
|---|---|
| NICOLE BELLINA, ESQ.<br>Stoll, Glickman & Bellina, LLP<br>*Attorneys for Plaintiffs*<br>5030 Broadway, Suite 652<br>New York, New York 10034<br><br>By: _____<br>      NICOLE BELLINA, ESQ. | MATTHEW K. SCHIEFFER, ESQ.<br>The Quinn Law Firm PLLC<br>*Attorneys for Defendant Grieco*<br>399 Knollwood Road, Suite 220<br>White Plains, New York 10603<br><br>By: _____<br>      MATTHEW K. SCHIEFFER, ESQ. |

SO ORDERED:

_____
HON. MARGO K. BRODIE

Dated: White Plains, New York
      April_____, 2022