

**STOLL, GLICKMAN & BELLINA LLP ATTORNEYS**

5030 Broadway, Ste. 652
New York, NY 10034
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

**VIA ECF**
Honorable Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 20, 2022

Re: Lewis v. City of New York, et.al.
20CV5690 (MKB)(CLP)

Your Honor:

I write to provide a status report to the Court as requested. This matter has been resolved as to all defendants and should be marked closed.

Last year, the matter was settled with the City and all named defendants except Sgt. Grieco. On April 8, 2022, a notice of voluntary dismissal was filed by the plaintiffs and Sgt. Grieco. It is the parties' understanding that the voluntary dismissal would resolve any remaining claims. There are no active parties left in this litigation.

Please let me know if there is any additional information I can provide.

Respectfully submitted,

Nicole Bellina
Attorney for Plaintiffs

cc: **VIA ECF**
Matthew Schieffer-Attorney for Sgt. Grieco